
FILED
NOV 28 2017
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL CASE NO. |
| CHINENYE NWACHUKWU SUNDAY, Defendant. | § § § § | 17 CR 708 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between on or about July 1, 2016, and on or about August 4, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**CHINENYE NWACHUKWU SUNDAY,**

did knowingly deliver and cause to be delivered to a common carrier for transportation and shipment in interstate and foreign commerce to persons other than a licensed importer, manufacturer, dealer, and collector, a container in which there were firearms, that is, the defendant delivered to Innglo Global Shipping, a duffle bag which contained rifles wrapped in foil and gift-wrapping paper, without giving written notice to Innglo Global Shipping that said firearms were being transported and shipped.

In violation of Title 18, United States Code, § 922(e).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code,

Section 2461(c), the United States of America hereby gives notice that the firearms involved in violation of Title 18, United States Code, Section 922(e) as charged in Count One, are subject to forfeiture, including, but not limited to the following:

1. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032386;
2. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032384;
3. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032362;
4. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032387;
5. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032380;
6. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032374;
7. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032381;
8. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032382;
9. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0032375;
10. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014222;
11. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014220;
12. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0013473;
13. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024394;
14. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014224;
15. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014225;
16. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014629;
17. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014227;
18. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024389;
19. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014648;

20. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014568;

21. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0022905;

22. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024395;

23. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024390;

24. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0021653;

25. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0012264;

26. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024423;

27. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014649;

28. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014656;

29. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0014630;

30. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024398;

31. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025268;

32. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025267;

33. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025276;

34. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025197;

35. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024110;

36. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024095;

37. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025274;

38. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0031667;

39. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0024111;

40. a Mossberg, model Blaze, .22 caliber rifle, serial number RA0025273;

41. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4152905;

42. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4153125;

43. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4153085;

44. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4153130;

45. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4153125;

46. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOK4153128;

47. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOJ4147792;

48. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOJ4147793;

49. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOJ4147931;

50. a Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EOJ4147957;

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
SAM BROWN, IV
**Assistant United States Attorney**